UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER M. SHERRICK,

    Plaintiff,

File no: 1:14-CV-119

v.

HON. ROBERT J. JONKER

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

# ORDER APPROVING MAGISTRATE'S
# REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action (ECF No. 42). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

NOW THEREFORE, the Report and Recommendation (ECF No. 42) is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Plaintiff's motion for attorney fees pursuant to the Equal Access to Justice Act (ECF No. 39) is **GRANTED IN PART**. Defendant shall pay plaintiff attorney fees in the amount of $4,379.25.

Date: June 9, 2017

/s/ Robert J. Jonker
ROBERT J. JONKER
CHIEF UNITED STATES DISTRICT JUDGE